UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/20

JEROME W. DEWALD,

                Plaintiff,

    -against-

BLACK TUSK GLOBAL, LLC; BROAD
PINE CAPITAL, LLC; STEPHEN INGLIS,

                Defendants.

19-CV-6388 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff shall file a letter on the status of service in this case no later than January 23, 2020.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    January 2, 2020
          New York, New York

                                    RONNIE ABRAMS
                            United States District Judge