UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEROME W. DEWALD,

                Plaintiff,

-against-

BLACK TUSK GLOBAL, LLC; BROAD PINE CAPITAL, LLC; STEPHEN INGLIS,

                Defendants.

19-CV-6388 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff shall file a letter on the status of service in this case no later than May 11, 2020.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    April 27, 2020
           New York, New York

                                          RONNIE ABRAMS
                                        United States District Judge