USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEROME W. DEWALD,

        Plaintiff,

v.

BLACK TUSK GLOBAL, LLC, BROAD PINE CAPITAL, LLC, STEPHEN INGLIS,

        Defendants.

---

No. 19-CV-6388 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Plaintiff Jerome W. Dewald, proceeding *pro se*, brings this action against Defendants Black Tusk Global LLC, Broad Pine Capital, LLC, and Stephen Inglis for violations of various securities laws, breach of contract, and common law fraud. On August 13, 2021, the Court granted Defendants' motion to dismiss, but granted leave to amend. Dkt. 32. The Court ordered Plaintiff to file any amended complaint by no later than September 3, 2021 and warned him that failure to file do so by that date would result in dismissal of this case with prejudice. *See id.*

  Plaintiff has not filed an amended complaint nor written to the Court to request an extension. Accordingly, this case is hereby dismissed with prejudice.

  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 8, 2021
    New York, New York

                    Ronnie Abrams
                    United States District Judge